# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DEBRA EPSMAN SHER**
*Individually and on Behalf of the*
*Wrongful Death Heirs*
*of Mervyn Epsman, Deceased* **PLAINTIFF**

**V.** **CASE NO.: 3:19-cv-00081-MPM-JMV**

**STATE AUTOMOBILE MUTUAL**
**INSURANCE COMPANY** **DEFENDANT**

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court upon the [33] amended motion for an extension of time, following a continuance of the trial date.

IT IS HEREBY ORDERED that the court's [10] case management order is amended as follows:

1. All discovery shall be completed by May 26, 2020;

2. All dispositive motions shall be filed by June 9, 2020.

SO ORDERED this 1st day of April, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**